

# The Eric Carmen Experience

 Moderator · Harry Pecci · Sep 18, 2024 · 🌐



**Kathryn Carmen**

Paul McIlroy we were children and were very close with our dad 98% of our lives until he was remarried.

2h  Like  Reply                           3 



**Teresa-Marie Cacci**

Kathryn Carmen Hi Kathryn. We are all rooting for you and your brother. I'm sorry that you endured such a great loss.

2h  Like  Reply        EXHIBIT 4