**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| KATHRYN CARMEN, *et al.*, | CASE NO.   1:24-cv-01331 |
| Plaintiffs, | JUDGE: DAVID A. RUIZ |
| vs. | |
| AMY CARMEN, | **PLAINTIFFS' MOTION TO MODIFY THE CASE MANAGEMENT ORDER** |
| Defendant | |

Plaintiffs Kathryn Carmen and Clayton Carmen, by and through undersigned counsel, hereby submit their motion to modify the case management order and request that: (i) the discovery cut-off deadline date be extended until November 30, 2025; and (ii) the deadline for filing dispositive motions be extended until January 15, 2026.

As cause for this motion, plaintiffs assert that the extensions are required as discovery has reached a complete standstill following defendant's motion to stay discovery pending the outcome of her 12(c) motion and motion for protective order, each filed on February 14, 2025 (collectively, "Defendant's Stay of Discovery Motions"). Plaintiffs timely responded to Defendant's Stay of Discovery Motions and the motions have been fully briefed.  Plaintiffs originally propounded discovery requests upon defendant, and issued subpoenas to third-parties, on December 23, 2024. However, defendant has refrained from providing responses to the requests while Defendant's Stay of Discovery Motions, in addition to her motion for judgment on the pleadings, remain pending.

Rather than incur unnecessary fees and additional motion practice seeking to compel discovery, plaintiffs have chosen to await rulings on the pending motions with the complete

understanding that the Court has a busy and active docket to maintain. However, due to the upcoming discovery deadlines, the extension is necessary to preserve plaintiffs' rights and abilities to pursue discovery following a ruling on Defendant's Stay of Discovery Motions. Plaintiffs also respectfully request a status conference be scheduled, as originally requested in plaintiffs' telephone status conference request, filed June 2, 2025.

WHEREFORE, Plaintiffs respectfully request that this Court modify the Case Management Order to: (i) extend the discovery cut-off date until November 30, 2025; and (ii) extend the deadline for filing dispositive motions until January 15, 2026.

Dated: July 25, 2025.

Respectfully submitted,

*/s/ Kristen M. Kraus*
*/s/ Joseph N. Cindric*
Kristen M. Kraus (0073899)
kmkraus@dworkenlaw.com
Joseph N. Cindric (0092624)
jcindric@dworkenlaw.com
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, OH 44077
(440) 352-3391
(440) 352-3469 Fax

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was served via email only upon Defendant's counsel on this 25th day of July, 2025 at the following:

Jessica S. Forrest (0087602)
Timothy J. Gallagher (0086764)
REMINGER CO., LPA
200 Public Sq., Ste. 1200
Cleveland OH 44114
jforrest@reminger.com
tgallagher@reminger.com
*Attorneys for Defendant*

                                        */s/ Kristen M. Kraus*
                                        */s/ Joseph N. Cindric*
                                        Kristen M. Kraus (0073899)
                                        Joseph N. Cindric (0092624)
                                        *Attorneys for Plaintiffs*