UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN CARMEN, et al., | ) | CASE NO. 1:24-cv-01331 |
| Plaintiffs, | ) | |
| v. | ) | JUDGE DAVID A. RUIZ |
| AMY CARMEN, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Pending before the Court is Defendant Amy Carmen's Motion to Stay Discovery (R. 28) until the Court issues a decision on her pending Motion for Judgment on the Pleadings. (R. 22). The Court agrees that the pending Motion for Judgment on the Pleadings raises threshold legal issues that should be addressed before permitting discovery. Therefore, the Motion to Stay Discovery (R. 28) is hereby GRANTED. Defendant Amy Carmen's Motion for protective order (R. 29) is DENIED without prejudice as moot given the stay of discovery.

Plaintiffs' motions/requests to modify the case management deadlines and to hold a status conference (R. 37 & 38) are DENIED as moot. The Court will issue a decision on the Motion for Judgment on the Pleadings in due course. Thereafter, if necessary, the Court will hold a status conference and set new case management dates.

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: August 29, 2025